UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO.: 3:26-mj-506-ASH-1

STEPHEN SPENCER PITTMAN

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so ordered.

SIGNED, January 12, 2026 at Jackson, Mississippi.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Assistant United States Attorney

_____
Defense Attorney

Case 3:26-cr-00006-HTW-LGI Document 6 Filed 01/12/26 Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 1 2 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.  CRIMINAL NO.: 3:26-mj-506-ASH-1

STEPHEN SPENCER PITTMAN

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so ordered.

SIGNED, January 12, 2026 at Jackson, Mississippi.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Assistant United States Attorney

_____
Defense Attorney