AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 2 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:26-mj-506-ASH |
| Stephen Spencer Pittman | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Stephen Spencer Pittman,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i), arson of property used in interstate commerce or used in an activity affecting interstate commerce.

Date: 1/12/2026

_____
*Issuing officer's signature*

City and state: Jackson, MS

U.S. Magistrate Judge Andrew S. Harris
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/12/2026, and the person was arrested on *(date)* 1/12/2026
at *(city and state)* Jackson, MS.

Date: 1/12/2026

_____
*Arresting officer's signature*

Nick Amiano   Special Agent
*Printed name and title*