IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
            FILED
        JAN 13 2026
    ARTHUR JOHNSTON
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 3:26cr6 HTW-LGI

STEPHEN SPENCER PITTMAN                             18 U.S.C. § 844(i)

**The Grand Jury charges:**

On or about January 10, 2026, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **STEPHEN SPENCER PITTMAN**, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, a building or other real or personal property used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, located at 5315 Old Canton Road, Jackson, Mississippi, and property located within said building in violation of Title 18, United States Code, Section 844(i).

_____
J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of January 2026.

_____
UNITED STATES MAGISTRATE JUDGE