IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:26 cr 6 HTW-LGI

STEPHEN SPENCER PITTMAN

NOTICE OF MAXIMUM PENALTY

**Arson**
18 U.S.C. § 844(i)

- Not less than 5 years and not more than 20 years imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment