```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      JAN 13 2026
   ARTHUR JOHNSTON
BY _____ DEPUTY
```

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Hinds

RELATED CASE INFORMATION:   3:26 cr 6 HTW-LGI
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:26-mj-506-ASH
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: STEPHEN SPENCER PITTMAN

**U.S. ATTORNEY INFORMATION:**

AUSA  Matt Allen          BAR # MS 101605

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

X  ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1  ___ PETTY  ___ MISDEMEANOR  1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:844I.F | 18 U.S.C. § 844(i) | Arson | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _/s/_____

Revised 9/22/2020