UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO.: 3:26CR6-HTW-LGI

STEPHEN SPENCER PITTMAN

**EXHIBIT LIST FOR DETENTION HEARING HELD 1-20-26**

| Date | No. | Description | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| 1-20-26 | G1 | PSR (SEALED) | | | 1-20-26 |