IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED

    FEB 1 0 2026

      ARTHUR JOHNSTON
BY              DEPUTY
```

UNITED STATES OF AMERICA

v.

STEPHEN SPENCER PITTMAN

**SUPERSEDING INDICMENT**
CRIMINAL NO. 3:26cr6-HTW-LGI

18 U.S.C. § 844(i)
18 U.S.C. § 247(a)(1), (d)(3)
18 U.S.C. § 844(h)(1)

**The Grand Jury charges:**

COUNT 1

On or about January 10, 2026, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **STEPHEN SPENCER PITTMAN**, maliciously damaged and destroyed, by means of fire, a building used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, located at 5315 Old Canton Road, Jackson, Mississippi, in violation of Title 18, United States Code, Section 844(i).

COUNT 2

On or about January 10, 2026, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **STEPHEN SPENCER PITTMAN**, did intentionally deface, damage, and destroy religious real property, specifically, the Beth Israel Congregation located at 5315 Old Canton Road, Jackson, Mississippi, and fixtures and religious objects contained within, because of the religious character of that property. The offense was in and affected interstate and foreign commerce and included the use of fire in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

COUNT 3

On or about January 10, 2026, in Hinds County in the Northern Division of the Southern

District of Mississippi, the defendant, **STEPHEN SPENCER PITTMAN**, knowingly used fire

to commit an offense prosecutable as a felony in a court of the United States, to wit: Damage to

Religious Property as charged in Count 2 of this Indictment, in violation of Title 18, United

States Code, Section 844(h)(1).


NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing offenses specified above, the defendant, **STEPHEN**

**SPENCER PITTMAN**, shall forfeit to the United States all property involved in or traceable to

property involved in the offenses, including but not limited to all proceeds obtained directly or

indirectly from the offenses, and all property used to facilitate the offenses. Further, if any of the

property, as a result of any act or omission of the defendant: (a) cannot be located upon the

exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c)

has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in

value; or (e) has been commingled with other property, which cannot be divided without

difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other

property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 844(c); Title 18, United States Code, Section 981(a)(1)(C) and (G); Title 18, United States Code, Section 982(a)(2)(B); and Title 28, United States Code, Section 2461.


J.E. BAXTER KRUGER
United States Attorney
Southern District of Mississippi


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury


This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 10th day of February 2026.


UNITED STATES MAGISTRATE JUDGE