IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.: 3:26CR6-HTW-LGI

STEPHEN SPENCER PITTMAN

### WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), Stephen Spencer Pittman, the defendant in the above-styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to all counts contained in the superseding indictment. The Defendant further affirms that he has received a copy of the superseding indictment and has discussed the charges contained in the indictment with his attorney.

Signed this the 17th day of February, 2026.

_____          _____
Defendant                                 Attorney for Defendant

Accepted by the Court this the 17th day of February 2026.

                                          _____
                                          United States Magistrate Judge