**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                        **CRIMINAL NO. 3:26-CR-00006 HTW-LGI**

**STEPHEN SPENCER PITTMAN**

**UNITED STATES' NOTICE OF INTENT**
**TO OFFER EXPERT WITNESS TESTIMONY**

The United States of America provides notice to defendant pursuant to Federal Rule of

Criminal Procedure 16(a)(1)(G) that it intends to offer expert testimony from Special Agent and

Certified Fire Investigator Jeffrey Osburg of the United States Bureau of Alcohol, Tobacco,

Firearms, and Explosives ("ATF") at the trial of this matter. The United States intends to use his

expert testimony during its case-in-chief pursuant to Federal Rules of Evidence 702, 703, or 705,

and during its rebuttal to counter any testimony that the defendant timely discloses pursuant to

Federal Rule of Criminal Procedure 16(b)(1)(C). Accordingly, the United States requests that the

defendant disclose any such information pursuant to Federal Rule of Criminal Procedure

16(b)(1)(C).

**Jeffrey Osburg, Special Agent and Certified Fire Investigator**
**United States Bureau of Alcohol, Tobacco, Firearms, and Explosives**

The United States intends to call Jeffrey Osburg, Special Agent and Certified Fire

Investigator with the ATF, as an expert witness at trial regarding his investigation of the cause and

origin of the fire that damaged 5315 Old Canton Road, Jackson, Mississippi, at which both the

Beth Israel Congregation and Goldring/Woldenberg Institute of Southern Jewish Life are located.

With respect to Special Agent Osburg, the United States discloses the following information in

compliance with Rule 16(a)(1)(G):

1. Special Agent Osburg's opinions and the bases for them are in the form of written report

that was previously produced. *See* GOV-001462-1475. The report is dated March 17, 2026, and it is incorporated in its entirety by reference.

2. Special Agent Osburg's qualifications are contained in his Curriculum Vitae that was also previously produced. *See* GOV-000019-25.

3. Special Agent Osburg's publications during the previous 10 years, if any, are listed on his Curriculum Vitae.

4. Additionally, his Curriculum Vitae sets forth any testimony he has offered as an expert by trial or deposition during the previous four years.

5. In compliance with Rule 16(a)(1)(G)(v), Special Agent Osburg signed the report that was previously produced.

Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By: /s/ *Matthew W. Allen*
Matthew W. Allen, MSB No. 101605
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS  39201
601-973-2824
Matthew.allen2@usdoj.gov

2