**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                 **CRIMINAL NO. 3:26-CR-00006 HTW-LGI**

**STEPHEN SPENCER PITTMAN**

**UNITED STATES' NOTICE OF INTENT
TO OFFER EXPERT WITNESS TESTIMONY**

The United States of America provides notice to defendant pursuant to Federal Rule of

Criminal Procedure 16(a)(1)(G) that it intends to offer expert testimony from Mathew J. Simon,

Forensic Chemist with United States Bureau of Alcohol, Tobacco, Firearms, and Explosives

("ATF"), at the trial of this matter. The United States intends to use his expert testimony during its

case-in-chief pursuant to Federal Rules of Evidence 702, 703, or 705, and during its rebuttal to

counter any testimony that the defendant timely discloses pursuant to Federal Rule of Criminal

Procedure 16(b)(1)(C). Accordingly, the United States requests that the defendant disclose any

such information pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

**Mathew J. Simon, Forensic Chemist
United States Bureau of Alcohol, Tobacco, Firearms, and Explosives**

The United States intends to call Mathew J. Simon, Forensic Chemist with the ATF, as an

expert witness at trial regarding his examination of fire debris collected from the fire that damaged

5315 Old Canton Road, Jackson, Mississippi, at which both the Beth Israel Congregation and

Goldring/Woldenberg Institute of Southern Jewish Life are located. With respect to Mr. Simon, the

United States discloses the following information in compliance with Rule 16(a)(1)(G):

1. Mr. Simon's opinions are in the form of written report, dated March 9, 2026, that was

    previously produced. *See* GOVT-001507. The case notes and data underlying the report

    have also been produced, which provide the basis for the opinions in the written report. The

report, case notes, and data underlying the report are incorporated in their entirety by reference.

2. Mr. Simon's qualifications are contained in his Curriculum Vitae that has been produced.

3. Mr. Simon has not authored any publications during the previous 10 years.

4. Mr. Simon's Curriculum Vitae sets forth the testimony he has offered as an expert by trial or deposition during the previous four years.

5. In compliance with Rule 16(a)(1)(G)(v), Mr. Simon is signing this disclosure

*I, Mathew J. Simon, approve of this notice and disclosure.*

Digitally signed by
MATHEW SIMON
Date: 2026.05.08 07:30:01
-04'00'

_____

Mathew J. Simon
Forensic Chemist
ATF


Respectfully submitted,

J.E. BAXTER KRUGER
United States Attorney

By:  /s/ *Matthew W. Allen*
Matthew W. Allen, MSB No. 101605
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS  39201
601-973-2824
Matthew.allen2@usdoj.gov