IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:26-cr-6-HTW-LGI

STEPHEN SPENCER PITTMAN

**<u>UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

COMES NOW the defendant, Stephen Spencer Pittman, and respectfully moves this Court to continue the trial scheduled for June 1, 2026, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The defendant, Stephen Spencer Pittman, is charged in a three-count indictment with violating 18 U.S.C. § 844(i), Arson; 18 U.S.C. § 247(a)(1) and (d)(3), Damage to Religious Property; and18 U.S.C. § 844(h), Use of Fire to Commit any Felony.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Stephen Spencer Pittman, on a criminal complaint at his initial appearance held on January 12, 2026.  Representation was continued on this indictment at his arraignment held on January 20, 2026.

3.

The defendant, Stephen Spencer Pittman, requests that the trial date scheduled for June 1, 2026, be continued on the grounds that defense counsel has recently received additional discovery materials and needs further time to review discovery materials, meet with the defendant and investigate the alleged charges.

4.

The Assistant United States Attorney, Matthew Allen, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 13th day of May, 2026.

STEPHEN SPENCER PITTMAN, DEFENDANT


By:    */s/Michael L. Scott*
Michael L. Scott, MB# 101320
Senior Litigator
Northern and Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, MS 39201
Telephone:  (601) 948-4284
Facsimile:  (601) 948-5510
Email: mike_scott@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Michael L. Scott, do hereby certify that on the 13th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

/s/Michael L. Scott
Michael L. Scott
*Senior Litigator*