IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:26-cr-6-HTW-LGI

STEPHEN SPENCER PITTMAN

ORDER OF CONTINUANCE

Before the Court is the Defendant's unopposed motion to continue trial until the next term of court. Defense counsel requests a continuance to allow additional time to review discovery materials, investigate the alleged charges and meet with the defendant. The government does not oppose the request. The Defendant, having been fully advised of his right to a speedy trial, waives the right pursuant to 18 U.S.C. § 3161.

The Court finds after considering the factors set out in 18 U.S.C. § 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, that a continuance is appropriate and that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial and are best served by granting the requested continuance. The Court also finds the Defendant has specifically waived any speedy trial objections arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution.

IT IS THEREFORE ORDERED that the trial is continued until the August 3, 2026, term of court and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the 18th day of May, 2026.

/s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE