IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO. 3:26CR6-HTW-LGI

STEPHEN SPENCER PITTMAN

**MOTION FOR A PSYCHIATRIC EXAMINATION**

COMES NOW the Defendant, Stephen Spencer Pittman, by and through his attorney, and files this Motion for a Psychiatric Examination and moves this Honorable Court for an order directing the Defendant to submit to a psychiatric examination pursuant to Title 18 U.S.C. § 4241, and would show unto the Court as follows:

1.

The defendant, Stephen Spencer Pittman, was indicted on February 10, 2026, for Arson in violation of 18 U.S.C. § 844(i); Damage to Religious Property in violation of 18 U.S.C. § 247(a)(1) and (d)(3); and Use of Fire to Commit a Felony in violation of 18 U.S.C. § 844(h)(1).

2.

The Office of the Federal Public Defender was court-appointed to represent the Defendant, at his initial appearance on a criminal complaint on January 12, 2026.

3.

The defendant is being held currently in the Forrest County Jail without bond.

4.

Defense counsel and other employees for the Office of the Federal Public Defender have met with or spoken with the defendant since being appointed on this matter. Defense counsel believes that the defendant may currently be suffering from an undefined mental disease. As such, the defense counsel believes this undefined mental disease makes the defendant unable to understand the nature of the proceedings against him or participate in possible plea negotiations nor accept any current plea offer made by the Government in this matter.

5.

A court may order a competency evaluation on a party's motion, or on the court's own motion, “at any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant,” if there is “reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.” 18 U.S.C. § 4241(a). The court may order a defendant to be committed for a reasonable period to the custody of the Attorney General to be placed in a suitable BOP facility for this competency examination. See §§ 4241(b), 4247(b).

WHEREFORE PREMISES CONSIDERED, Counsel for the Defendant, Stephen Spencer Pittman, moves this Honorable Court to enter an order according to the provisions of Title 18, U.S.C. § 4241, to submit and be examined by a suitable facility of the United States Government Bureau of Prisons to determine if he is now suffering from a mental disease or mental defect that renders him mentally incompetent.

This the 20th day of August, 2026.

Respectfully submitted,

*/s/Michael L. Scott*

Michael L. Scott, MB#101320
Senior Litigator
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: mike_scott@fd.org

**CERTIFICATE OF SERVICE**

I, Michael L. Scott, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 20th day of August, 2026.

*/s/Michael L. Scott*
Senior Litigator