SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 25 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO: 3:26-cr-6-HTW-LGI

STEPHEN SPENCER PITTMAN

**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION**

THIS CAUSE came on for consideration of the Defendant's motion for the entry of an Order directing that the defendant, Stephen Spencer Pittman, being charged with Arson, in violation of Title 18, United States Code, Section 844(i); Damage to Religious Property in violation of Title 18, United States Code, Section 247(a)(1); and Use of Fire to Commit a Felony in violation of Title 18, United States Code, Section 844(h)(1), be provided with a psychiatric or psychological evaluation in accordance with the provision of Title 18, United States Code, Section 4241, in that there is reasonable belief that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand all actions and the nature and consequences against him or to assist properly in his defense;

IT IS THEREFORE, ORDERED that pursuant to the provision of Title 18, United States Code, Section 4241, a psychiatric or psychological evaluation is to be conducted at a suitable United States Federal Bureau facility to determine the competency of the Defendant to stand trial. Following such a psychiatric or psychological evaluation, a report is to be prepared, filed with the Court, with copies provided to counsel for the Defendant and the attorney for the Government, such report to include the defendant's history and present symptoms; a description

of the mental health examination tests that were administered and their results; the examiner's findings; the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

IT IS THEREFORE, ORDERED that due to the nature of the charges and having duly considered the factors articulated in Title 18, United States Code, Section 3161(h)(1)(A) to determine the appropriateness of the examination, the Court finds that, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested evaluation.

IT IS FURTHER, ORDRED that the United States Marshal Service is directed to forthwith deliver the defendant to the designated facility for the conduct of the evaluation which has been ordered.

SO ORDERED this the 25th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE